No. 94-967. FIELD ET AL. *v.* MANS. C. A. 1st Cir. [Certiorari granted, 514 U. S. 1095.] Motion of the Solicitor General for

leave to participate in oral argument as *amicus curiae* and for divided argument granted.